Carl S. Jackson
17 Harbor Sight Dr.
Rolling Hills Estates, CA 90274
310-868-8810
sj78251@gmail.com
Plaintiff in Pro Per

FILED
CLERK, U.S. DISTRICT COURT

11/21/13

CENTRAL DISTRICT OF CALIFORNIA
BY: sb _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CARL S. JACKSON,
    Plaintiff,

v

CAPITAL MANAGEMENT SERVICES, LP,
WEST ASSET MANAGEMENT, INC.,
    Defendants.

) CASE No.
) CV13-8267 DMG-SHx
)
) COMPLAINT FOR:
) Action for Damages brought from
) Defendants: violations of the
) FCRA, FDCPA, AND RFDCPA
)
) DEMAND FOR JURY TRIAL
)
)

## I. JURISDICTION

1. Jurisdiction of this Court arises under 15 U.S.C. §1681p, 15 U.S.C. §1692k(d), and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367.

//

//

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. §1391b. Venue in this District is proper in that the Plaintiff resides here, the Defendants transact business here, and the conduct complained of occurred here.

## III. PARTIES

3. Plaintiff, Carl S. Jackson, ("Plaintiff") is a natural person and is a resident of the State of California, Los Angeles County. Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3), and is a "debtor" as defined by RFDCPA, Cal Civ Code 1788.2(h).

4. At all relevant times herein, Defendants, Capital Management Services, LP, ("Defendant(s) A") and West Asset Management, Inc. ("Defendant(s) B") were companies engaged, by use of mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by 15 U.S.C. §1692a(5), and a "consumer debt," as defined by Cal Civ Code §1788.2(f). Defendants regularly attempts to collect debts alleged to be due another, and therefore each is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6), and each is a "debt collector" as defined by the RFDCPA, Cal Civ Code §1788.2(c).

//

//

//

Case 2:13-cv-08267-DMG-SH Document 3 Filed 11/21/13 Page 3 of 13 Page ID #:22

## IV. STATEMENT OF FACTS

5. Plaintiff, Carl S. Jackson, individually, hereby sues, Defendant Capital Management Services, LP, as an action for damages and injunctive relief brought by Plaintiff against Defendant(s) A for violations of Fair Debt Collection Practices Act (hereinafter "FDCPA") under 15 U.S.C. §1692 *et seq*; and for violations of Rosenthal Fair Debt Collection Practices Act (hereinafter "RFDCPA") Cal Civ Code §1788 *et seq*.

6. Defendant(s) A mailed debt collection letter to Plaintiff dated July 14, 2013.

7. Plaintiff mailed alleged debt validation letter to Defendant(s) A dated July 29, 2013, via certified mail, return receipt, asking to validate the alleged debt they claimed Plaintiff owed them.

8. To date, Plaintiff never received proper, valid, validation of the alleged debt from Defendant(s) A.

9. Plaintiff received a debt collection letter dated October 2, 2013, from Defendant(s) B for the same alleged debt account.

10. Plaintiff, Carl S. Jackson, individually, hereby sues, Defendant(s) West Asset Management, Inc., as an action for damages and injunctive relief brought by Plaintiff against Defendant(s) B for violations of Fair Debt Collection Practices Act (hereinafter "FDCPA") under 15 U.S.C. §1692 *et seq*; for violations of Fair Credit

Reporting Act (hereinafter "FCRA") under 15 U.S.C. §1681 *et seq*; and for violations of Rosenthal Fair Debt Collection Practices Act (hereinafter "RFDCPA") Cal Civ Code §1788 *et seq*.

11. Defendant(s) B mailed debt collection letter to Plaintiff dated October 2, 2013.

12. Plaintiff mailed alleged debt validation letter to Defendant(s) B dated October 7, 2013, via certified mail, return receipt, asking to validate the alleged debt they claimed Plaintiff owed them.

13. To date, Plaintiff never received proper, valid, validation of the alleged debt from Defendant(s) B.

14. Plaintiff discovered Defendant(s) B made a "hard pull" inquiry of plaintiff's Experian "consumer report" (as defined by FCRA, 15 U.S.C. §1681a(d)(1)), upon Plaintiff obtaining a copy of same consumer report from annualcreditreport.com on October 3, 2013.

15. Plaintiff never gave Defendant(s) B authorization to make a "hard pull" inquiry of Plaintiff's Experian consumer report.

16. Plaintiff mailed letter to Defendant(s) B dated October 8, 2013 demanding Defendant(s) B to remove the "hard pull" inquiry from Plaintiff's Experian consumer report.

17. To date, Defendant(s) B has not responded to Plaintiff's demand letter dated October 8, 2013.

18. To date, the "hard pull" inquiry on Plaintiff's Experian consumer report has not been removed.

## COUNT 1: VIOLATION OF FAIR DEBT COLLECTION PRATICES ACT (FDCPA) 15 U.S.C. §1692 BY DEFENDANT(S) CAPITAL MANAGEMENT SERVICES, LP

19. Plaintiff alleges and incorporates the information in paragraphs 1 through 18.

20. Defendant(s) A violated the FDCPA. Defendant(s) A violations include, but are not limited to the following:

(a) Defendant(s) A violated 15 U.S.C. §1692e by the use of any false, deceptive, or misleading representation or means in connection with the collection of any debt.

(b) Defendant(s) A violated 15 U.S.C. §1692e(2) by falsely representing the character, amount, or legal status of any debt.

(c) Defendant(s) A violated 15 U.S.C. §1692e(10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

(d) Defendant(s) A violated 15 U.S.C. §1692f by the use of unfair or unconscionable means to collect or attempt to collect any debt.

(e) Defendant(s) A violated 15 U.S.C. §1692f(1) by the collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by laws.

(f) Defendant(s) A violated 15 U.S.C. §1692g(b) by not ceasing collection of the debt, until the debt collector obtains verification of the debt, and a copy of such verification is mailed to the consumer by the debt collector, if the consumer has notified the debt collector in writing within the thirty-day period described in subsection (a).

WHEREFORE, Plaintiff demands judgment for damages against Defendant(s) A for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1692k; together with such other and further relief as the Court may deem reasonable and just under the circumstances.

## COUNT 2: VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRATICES ACT (RFDCPA) 15 CAL CIV CODE §1788 BY DEFENDANT(S) CAPITAL MANAGEMENT SERVICES, LP

21. Plaintiff alleges and incorporates the information in paragraphs 1 through 20.

22. Defendant(s) A violated the RFDCPA. Defendant(s) A violations include, but are not limited to the following:

(a) Defendant(s) A violated the §1788.17 of the RFDCPA by failing to comply with the provisions of 15 U.S.C. §1692b to 1692j.

WHEREFORE, Plaintiff demands judgment for damages against Defendant(s) A for: actual or statutory damages pursuant to RFDCPA, Cal Civ Code §1788.30(b); costs and reasonable attorney's fees pursuant to RFDCPA, Cal Civ Code §1788.30(c); together with such other and further relief as the Court may deem reasonable and just under the circumstances.

## COUNT 3: VIOLATION OF FAIR DEBT COLLECTION PRATICES ACT (FDCPA) 15 U.S.C. §1692 BY DEFENDANT(S) WEST ASSET MANAGEMENT, INC.

23. Plaintiff alleges and incorporates the information in paragraphs 1 through 22.

24. Defendant(s) B violated the FDCPA. Defendant(s) B violations include, but are not limited to the following:

(a) Defendant(s) B violated 15 U.S.C. §1692e by the use of any false, deceptive, or misleading representation or means in connection with the collection of any debt.

(b) Defendant(s) B violated 15 U.S.C. §1692e(2) by falsely representing the character, amount, or legal status of any debt.

(c) Defendant(s) B violated 15 U.S.C. §1692e(10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

(d) Defendant(s) B violated 15 U.S.C. §1692f by the use of unfair or unconscionable means to collect or attempt to collect any debt.

(e) Defendant(s) B violated 15 U.S.C. §1692f(1) by the collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by laws.

WHEREFORE, Plaintiff demands judgment for damages against Defendant(s) B for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1692k; together with such other and further relief as the Court may deem reasonable and just under the circumstances.

## COUNT 4: VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRATICES ACT (RFDCPA) 15 CAL CIV CODE §1788 BY DEFENDANT(S) WEST ASSET MANAGEMENT, INC.

25. Plaintiff alleges and incorporates the information in paragraphs 1 through 24.

(a) Defendant(s) B willfully violated 15 U.S.C. §1681b(f) by obtaining ~~Plaintiff's consumer report without a permissible purpose as defined by 15~~ U.S. C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages against Defendant(s) B for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n; together with such other and further relief as the Court may deem reasonable and just under the circumstances.

## COUNT 6: VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 NEGLIGENT NON-COMPLIANCE BY DEFENDANT(S) WEST ASSET MANAGEMENT, INC.

31. Plaintiff alleges and incorporates the information in paragraphs 1 through 30.

32. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

33. Defendant(s) B is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

34. Defendant(s) B negligently violated the FCRA. Defendant(s) B violations include, but are not limited to, the following:

(a) Defendant(s) B negligently violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages against Defendant(s) B for actual damage, and attorney's fees and costs, pursuant to 15 U.S.C. §1681o; together with such other and further relief as the Court may deem reasonable and just under the circumstances.

## VII. DEMAND FOR JURY TRIAL

35. Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Dated: *Nov. 7, 2013*

Respectfully submitted,

By: *Carl S. Jackson*

**Carl S. Jackson**
**Plaintiff in Pro Per**

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] )
Jackson, Carl S.

**DEFENDANTS** ( Check box if you are representing yourself [ ] )
Capital Management Services, L.P.,
West Asset Management, Inc.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)
17 Harbor Sight Drive
Rolling Hills Estates, CA 90274
(310) 868-8810

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [X] 3. Federal Question (U.S. Government Not a Party)
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)

- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No  (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No   [X] **MONEY DEMANDED IN COMPLAINT:** $ 6000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
FCRA, FDCPA

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [ ] 820 Copyrights |
| [ ] 400 State Reapportionment | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 410 Antitrust | [ ] 130 Miller Act | [ ] 290 All Other Real Property | | [ ] 510 Motions to Vacate Sentence | [ ] 840 Trademark |
| [ ] 430 Banks and Banking | [ ] 140 Negotiable Instrument | **TORTS** | **TORTS** | [ ] 530 General | **SOCIAL SECURITY** |
| [ ] 450 Commerce/ICC Rates/Etc. | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL PROPERTY** | **PERSONAL PROPERTY** | [ ] 535 Death Penalty | [ ] 861 HIA (1395ff) |
| [ ] 460 Deportation | | [ ] 310 Airplane | [ ] 370 Other Fraud | **Other:** | [ ] 862 Black Lung (923) |
| [ ] 470 Racketeer Influenced & Corrupt Org. | [ ] 151 Medicare Act | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | [ ] 540 Mandamus/Other | [ ] 863 DIWC/DIWW (405 (g)) |
| [X] 480 Consumer Credit | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [ ] 550 Civil Rights | [ ] 864 SSID Title XVI |
| [ ] 490 Cable/Sat TV | | [ ] 330 Fed. Employers' Liability | [ ] 385 Property Damage Product Liability | [ ] 555 Prison Condition | [ ] 865 RSI (405 (g)) |
| [ ] 850 Securities/Commodities/Exchange | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 340 Marine | **BANKRUPTCY** | [ ] 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| [ ] 890 Other Statutory Actions | [ ] 160 Stockholders' Suits | [ ] 345 Marine Product Liability | [ ] 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 891 Agricultural Acts | | [ ] 350 Motor Vehicle | [ ] 423 Withdrawal 28 USC 157 | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 893 Environmental Matters | [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | [ ] 690 Other | |
| [ ] 895 Freedom of Info. Act | [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | [ ] 440 Other Civil Rights | **LABOR** | |
| [ ] 896 Arbitration | [ ] 196 Franchise | [ ] 362 Personal Injury-Med Malpratice | [ ] 441 Voting | [ ] 710 Fair Labor Standards Act | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | [ ] 365 Personal Injury-Product Liability | [ ] 442 Employment | [ ] 720 Labor/Mgmt. Relations | |
| | [ ] 210 Land Condemnation | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 443 Housing/ Accomodations | [ ] 740 Railway Labor Act | |
| | [ ] 220 Foreclosure | | [ ] 445 American with Disabilities-Employment | [ ] 751 Family and Medical Leave Act | |
| [ ] 950 Constitutionality of State Statutes | [ ] 230 Rent Lease & Ejectment | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 446 American with Disabilities-Other | [ ] 790 Other Labor Litigation | |
| | | | [ ] 448 Education | [ ] 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: CV13-8267

CV-71 (09/13)   CIVIL COVER SHEET   Page 1 of 3

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court?<br>☐ Yes  ☒ No<br><br>If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action?<br>☐ Yes  ☒ No<br><br>If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | **A PLAINTIFF?**<br>Then check the box below for the county in which the majority of DEFENDANTS reside. | **A DEFENDANT?**<br>Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| | ☐ Los Angeles | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? | A.<br>Los Angeles County | B.<br>Ventura, Santa Barbara, or San Luis Obispo Counties | C.<br>Orange County | D.<br>Riverside or San Bernardino Counties | E.<br>Outside the Central District of California | F.<br>Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of claims arose: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| C.1. Is either of the following true? If so, check the one that applies:<br><br>☐ 2 or more answers in Column C<br><br>☐ only 1 answer in Column C and no answers in Column D<br><br>Your case will initially be assigned to the<br>**SOUTHERN DIVISION.**<br>Enter "Southern" in response to Question D, below.<br><br>If none applies, answer question C2 to the right. ➡ | C.2. Is either of the following true? If so, check the one that applies:<br><br>☐ 2 or more answers in Column D<br><br>☐ only 1 answer in Column D and no answers in Column C<br><br>Your case will initially be assigned to the<br>**EASTERN DIVISION.**<br>Enter "Eastern" in response to Question D, below.<br><br>If none applies, go to the box below. ⬇ |
|---|---|

Your case will initially be assigned to the
**WESTERN DIVISION.**
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | **WESTERN DIVISION** |

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [X] NO  [ ] YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [X] NO  [ ] YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)
- [ ] A. Arise from the same or closely related transactions, happenings, or events; or
- [ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** /s/ Carl A. Jackson    DATE: 11-7-13

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |