LODGED

2014 FEB 24 PM 2:29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

FILED
CLERK, U.S. DISTRICT COURT
2/27/2014
CENTRAL DISTRICT OF CALIFORNIA
BY: RGN  DEPUTY

IT IS SO ORDERED.
DATED: 2/27/14

/s/ Dolly M. Gee
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL S. JACKSON,<br>　　　Plaintiff,<br><br>　　　v<br><br>CAPITAL MANAGEMENT SERVICES, LP,<br>WEST ASSET MANAGEMENT, INC.,<br>　　　Defendants. | CASE No.: CV-13-8267-DMG-SHx<br><br>~~(PROPOSED)~~ ORDER GRANTING REQUEST FOR EXTENSION |

Having considered Plaintiff's Request,

IT IS HEREBY ORDERED that the Request for Extension of Time is GRANTED. Plaintiff has thirty (30) days from the date of this order to file:

1. Memorandum of Points and Authorities in Opposition to Motion to Dismiss

2. Declaration in Support of Opposition to Motion to Dismiss