UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| Case No. | CV 13-8267-DMG (SHx) | Date | November 18, 2014 |
|---|---|---|---|
| Title | Carl S. Jackson v. Capital Management Services, LP, et al. | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** IN CHAMBERS - ORDER AND NOTICE TO PARTIES

In light of the parties' Stipulation of Dismissal filed on November 17, 2014 [Doc. # 89], the Court hereby **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(a). Defendant West Asset Management, Inc.'s Motion for Summary Judgment [Doc. # 87] is hereby DENIED as moot, and the December 12, 2014 hearing is VACATED. Further, the Final Pretrial Conference on August 25, 2015 and the Jury Trial on September 22, 2015 are hereby VACATED.

IT IS SO ORDERED.